UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE FALT,

     Plaintiff,

v.                                                                  Case No.:8:09-cv-2177-T-33AEP

UNITED FIRE PROTECTION, INC.,

     Defendant.

_____/

## **ORDER**

     Before the Court is Plaintiff, Denise Falt's, Notice of Settlement (Doc. 9).

Plaintiff informs the Court that the parties have settled this case and will file a final

settlement agreement for the Court's review shortly.

     Accordingly, it is

     **ORDERED, ADJUDGED** and **DECREED** that:

     That this cause is hereby **DISMISSED**, without prejudice and subject to the

right of the parties, within **SIXTY (60)** days of the date hereof, to submit a stipulated

form of final order or judgment, or request an extension of time, should they so

choose **or** for any party to move to reopen the action, *upon good cause being shown*.

After that **SIXTY (60)** day period, however, without further order, this dismissal shall

be deemed *with prejudice*.  The Clerk is directed to terminate any previously

scheduled deadlines and administratively close the case pending further Order.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 28th day of

December 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record